UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHU DINH TRAN, | Case No. 2:24-cv-03232-DAD-CSK |
| Plaintiff, | |
| v. | ORDER GRANTING RULE 37 EXPENSES |
| CITY OF ELK GROVE, | (ECF Nos. 44, 46) |
| Defendant. | |

On April 1, 2026, the Court granted Defendant City of Elk Grove's motion to compel Plaintiff Nhu Dinh Tran's responses to Defendant's interrogatories, requests for admissions ("RFAs"), and requests for production of documents ("RFPs"), and denied Defendant's motion for terminating sanctions for failure to respond to Defendant's interrogatories, RFAs, and RFPs. 4/1/2026 Order (ECF No. 44).[1] Because Defendant had not provided the Court with sufficient information to determine the amount of expenses pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), the Court ordered Defendant to file and submit its reasonable expenses, including attorney's fees. 4/1/2026 Order at 9-10. Defendant has now done so. 4/15/2026 Declaration of William J. Bittner (ECF No. 46). Plaintiff was also provided with the opportunity to respond to Defendant's

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(1).

1

reasonable expenses. 4/1/2026 Order at 10. Plaintiff did not file a response. *See* Docket.

I.      DISCUSSION[2]

In the Court's April 1, 2026 Order, Plaintiff was expressly warned that "[a] failure to timely respond by Plaintiff will be construed as a concession that there was no justification for Plaintiff's failure to respond to Defendant's discovery requests and as a non-opposition to the award of reasonable expenses under Rule 37(a)(5)(A)." 4/1/2026 Order at 10. As of June 1, 2026, Plaintiff has not responded though he was provided with the opportunity to respond. *See* 4/1/2026 Order; Docket. There is no evidence that Defendant did not make a good faith attempt to obtain the discovery before filing its motion to compel, and no other circumstances make an award of expenses unjust. *See* Fed. R. Civ. P. 37(a)(5)(A)(i), (iii). As Plaintiff was warned, Plaintiff's failure to respond is interpreted as Plaintiff's concession that there was no justification for his failure to respond to Defendant's discovery requests and as a non-opposition to awarding Defendant its reasonable expenses requested. *See* Fed. R. Civ. P. 37(a)(5)(A)(ii). Therefore, because the Court finds that none of the exceptions are established under Rule 37(a)(5)(A), the Court must award Defendant its reasonable expenses in making the motion to compel, including attorneys' fees. *See* Fed. R. Civ. P. 37(a)(5)(A).

The Ninth Circuit affords district courts broad discretion in determining the reasonableness of fees. *Gates v. Deukmejian*, 987 F.2d 1392, 1398 (9th Cir. 1992). While the amount of a fee award is discretionary, the district court must "provide a concise but clear explanation of its reasons for the fee award." *Carter v. Caleb Brett LLC*, 757 F.3d 866, 868 (9th Cir. 2014). The Ninth Circuit utilizes the "lodestar" method for assessing reasonable attorney's fees. *Gonzalez v. City of Maywood*, 729 F.3d 1196, 1202 (9th Cir. 2013). Under the "lodestar" method, the number of hours reasonably expended is multiplied by a reasonable hourly rate. *Id.* Reasonable hourly rates are determined by the "prevailing market rates in the relevant community." *Sorenson v. Mink*,

---

[2]   Additional background on Defendant's motion is provided in the Court's order. *See* 4/1/2026 Order.

239 F.3d 1140, 1145 (9th Cir. 2001). "[T]he established standard when determining a reasonable hourly rate is the 'rate prevailing in the community for similar work performed by attorneys of comparable skill, experience, and reputation.'" *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 979 (9th Cir. 2008) (quoting *Barjon v. Dalton*, 132 F.3d 496, 502 (9th Cir. 1997)). Generally, "the relevant community is the forum in which the district court sits." *Camacho*, 523 F.3d at 979 (quoting *Barjon*, 132 F.3d at 500). Here, the relevant community is Sacramento, California, which is where this district court is located.

Defendant seeks attorney's fees in the amount of $245 for its counsel, attorney William J. Bittner, in connection with its motion to compel. Bittner Decl. ¶¶ 2-7. Defendant's attorney fees are based on a $245 hourly rate for one hour of work researching, drafting, and analyzing the motion to compel. *Id*. ¶¶ 3-5. The Court finds that one hour is a reasonable amount of time spent by counsel. Although Defendant could have sought reimbursement for its reasonable costs, Defendant did not and only requested reimbursement for its attorney's fees. The Court next examines the hourly rate requested. Mr. Bittner has six years of experience and is a senior associate at Angelo, Kilday & Kilduff, LLP. *Id.* ¶ 6. Defendant also submits case law from the Eastern District of California to support counsel's requested rate, citing cases where attorneys of comparable experience have been awarded $300 to $420 per hour in this district. *See id*. ¶ 7. The Court notes that in its January 5, 2026 Order granting reasonable expenses, the Court previously found the hourly rate of $245 for Mr. Bittner reasonable. 1/5/2026 Order at 3 (ECF No. 24). Thus, the Court finds that the requested hourly rate of $245 for Mr. Bittner, an attorney with six years of experience, is reasonable, and lower than the prevailing market rate in Sacramento for attorneys of comparable skill, experience, and reputation. *See id.*

Pursuant to Rule 37(a)(5)(A), the Court therefore orders Plaintiff to pay Defendant's reasonable expenses in the amount of $245, which represents one hour for counsel at a $245 hourly rate.

**II.     CONCLUSION**

In conclusion, IT IS HEREBY ORDERED that:

1.     Defendant is awarded its reasonable expenses in the amount of $245, which must be paid by Plaintiff to Defendant within twenty-one (21) days of the date of this order; and

2.     Plaintiff shall simultaneously file a notice once payment is made.

Dated:  June 2, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, tran.3232.24